IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| CRAIG B. DEIMLER | : | |
| WILLIAM O. FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841-HWV |
| Debtor(s) | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed.R.Bankr.P. Rule 2002, Bruce J. Warshawsky, Esquire, and the law firm of Cunningham, Chernicoff & Warshawsky, P.C., on behalf of Tradesman Building Group, LLC, creditor and interested party, hereby request that all matters that must be noticed to creditors, and any other parties-in-interest, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned and that the following be added to the Court's Master Mailing List in the above-referenced case:

      Bruce J. Warshawsky, Esquire
      Cunningham, Chernicoff & Warshawsky, P.C.
      2320 North Second Street
      P. O. Box 60457
      Harrisburg, PA 17106-0457

Please enter the appearance of the undersigned in the above-captioned case on behalf of Tradesman Building Group, LLC.

      Respectfully submitted:

      CUNNINGHAM, CHERNICOFF
      & WARSHAWSKY, P.C.

      By: /s/ Bruce J. Warshawsky
          Bruce J. Warshawsky, Esquire
          Attorney I.D. No. 58799

Date: November 9, 2020      2320 North Second Street
          P. O. Box 60457
          Harrisburg, PA 17106-0457
          (717) 238-6570